**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------X

U.S.A. Famous Original Ray's Licensing Corp.,

                **Plaintiff,**        CV-07-2805(CPS)(SMG)

  - against -                      ORDER

Ray's & Son Pizza Restaurant and Isnije Prapaniku,

                **Defendants.**

-------------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Gold dated March 10, 2008, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by July 14, 2008, a revised proposed judgment consistent with Magistrate Judge Gold's Report and Recommendation.

The Clerk is directed enter a judgement dismissing the complaint and to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :  Brooklyn, New York
        July 2 , 2008

                                        s/Hon. Charles P. Sifton
                                        _____
                                        United States District Judge